

**GARNER & GINSBURG, P.A.**
Law Offices

43 Main Street SE, Suite 500
Minneapolis, MN 55414
Office: **612-259-4800**
Fax: **612-259-4810**

June 5, 2019

**BY ECF**
Hon. Joanna Seybert, U.S.D.J.
United States District Court, E.D.N.Y.
100 Federal Plaza
Central Islip, NY 11722

  Re: *West Valley KB Venture, LLC v. ILKB LLC et al.*
     Docket No. 2:19-cv-702-JS-AYS

Dear Judge Seybert:

  We represent the plaintiffs in this action, and have received notice of the pre-motion conference scheduled for July 19, 2019. Unfortunately, I will be out of town at that time and must request an adjournment. No prior requests for adjournment have been made. I have conferred with my adversary, Thomas A. Telesca, who does not object to an adjournment. The next available dates we both have are July 26 and July 29 – August 1. We request that Your Honor re-schedule the conference for one of those days. If the Court is unable to accommodate any of those dates, we respectfully request that a call be scheduled between your Deputy Clerk, Mr. Telesca and me to set a date.

  Thank you.

           Respectfully submitted,

           */s/ W. Michael Garner*

           W. Michael Garner
           wmgarner@yourfranchiselawyer.com

WMG:bb
cc: Thomas A. Telesca, Esq. (by ECF)