

43 Main Street SE, Suite 500
Minneapolis, MN 55414
Office: **612-259-4800**
Fax: **612-259-4810**

January 27, 2020

<u>**BY ECF**</u>
Hon. Joanna Seybert, U.S.D.J.
United States District Court, E.D.N.Y.
100 Federal Plaza
Central Islip, NY 11722

  **Re:** ***West Valley KB Venture, LLC v. ILKB LLC et al.***
    **Docket No. 2:19-cv-702-JS-AYS**

Dear Judge Seybert:

  Pursuant to Your Honor's Order of January 15, 2020, we are providing the following status report. The Plaintiff and Defendants have reached an agreement to resolve this matter. That agreement is subject to a number of contingencies that must be fulfilled within the next 120 days. We are therefore dismissing this case without prejudice pending fulfillment of the contingencies. Should the settlement not be consummated, we will re-file this case at a later date.

       Respectfully submitted,

       */s/ W. Michael Garner*

       W. Michael Garner
       <u>wmgarner@yourfranchiselawyer.com</u>

WMG:bb